■ SANDRA M. LEVIN, Respondent, v JOSEPH L. CARBONE, Individually and Doing Business as ROCHESTER FOOT CARE ASSOCIATES, Appellant. (Appeal No. 2.) [716 NYS2d 633] —Order and judgment unanimously reversed on the law without costs (*see, Levin v Carbone,* 277 AD2d 951 [decided herewith]). (Appeal from Order and Judgment of Supreme Court, Monroe County, Polito, J.—Structured Judgment.) Present—Green, J. P., Pine, Hayes, Scudder and Lawton, JJ.